UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

RAJIV ANAND & HOMERO RIVERA,

      PLAINTIFFS,

      v.

THE HURLBUT LLC, THE HURLBUT NURSING HOME,

      DEFENDANT.

STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

CIVIL ACTION NO.: 06-CV-6529 (DGL/MWP)

Plaintiffs Rajiv Anand and Homero Rivera and Defendant The Hurlbut, LLC (collectively referred to as "the Parties"), hereby stipulate as follows:

1. The parties provided the Court with a copy of a Confidential Agreement that, *inter alia*, resolves all issues in this lawsuit to each party's satisfaction. The Court has reviewed the Agreement.

2. The Confidential Agreement requires that the Court approve its terms, and that the Stipulated Order of Dismissal with Prejudice indicate judicial approval thereof, and dismissal of this action with prejudice based on the terms and conditions of the Agreement.

3. The above named parties are all of the parties who have appeared in this action.

4. None of the above named parties is an infant, an incompetent person for whom a committee has been appointed, or a conservatee.

5. There being no person not a party who has an interest in the subject matter of the action, the parties hereby stipulate and agree that this action shall be dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with prejudice and on the merits, each party to bear their own costs and attorney fees incurred with respect to this matter.


Dated: ~~June~~ July 9, 2008

**RAJIV ANAND**

By: _____
      Rajiv Anand

Dated: ~~June~~ July 9, 2008

**HOMERO RIVERA**

By: _____
      Homero Rivera

Dated: June 16, 2008

**THE HURLBUT, LLC**

By: _____
      Robert W. Hurlbut
      President

Dated: ~~June~~ July 21, 2008

By: _____
      Amy L. Hemenway, Esq.
Harter Secrest & Emery LLP
*Attorneys for The Hurlbut, LLC*
Twelve Fountain Plaza, Suite 400
Buffalo, New York 14202-2293
Telephone: (716) 844-3737
E-Mail: ahemenway@hselaw.com

Dated: June ___, 2008

By: _____
      Jason A. Little, Esq.
Law Offices of Christina Agola
*Attorneys for Plaintiffs*
730 First Federal Plaza, 28 E. Main Street
Rochester, New York 14614
Telephone: (585) 262-2641
E-Mail: jlittle.agolaesq@bluetie.com

The Court having reviewed and approved the Confidential Agreement between the parties, it is hereby:

**SO ORDERED**, that this action is dismissed with prejudice and on the merits, each party to bear their own costs and attorney fees incurred with respect to this matter.

Dated: ~~June ___, 2008~~ July 24, 2008

_____
**DAVID G. LARIMER**
**United States District Judge**

2